KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LU FANG YE, ) <br> HONG LI, ) <br>     ) <br>    Plaintiffs, ) <br>     ) <br>   v. ) <br>     ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; ) <br> EDUARDO AGUIRRE, Director, U.S. ) <br> Citizenship and Immigration Services; ) <br> DAVID STILL, San Francisco District ) <br> Director, U.S. Citizenship and ) <br> Immigration Services, ) <br>     ) <br>    Defendants. ) <br>     ) | No. C-05-2053-EDL <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the defendants have agreed to adjudicate the plaintiffs' Form I-485 Application for Adjustment of Status within 30 days of the filing of this stipulation.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 05-2053-EDL                      1

| | |
|---|---|
| Date: September 12, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: September 12, 2005 | /s/<br>JUSTIN WANG<br>Baughman & Wang<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 13, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-2053-EDL                                                   2